IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| WILLIAMS MULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv00262 |
| | ) | (JCC/TCB) |
| UNITED STATES ARMY CRIMINAL | ) | |
| INVESTIGATION COMMAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF MR. JAMES P. HOGAN

I, James P. Hogan, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am currently the Chief of the Defense Freedom of Information Policy Office (DFOIPO), which is part of the Freedom of Information Division (FOID). Another office within FOID is the Office of Freedom of Information, which functions as the Office of the Secretary of Defense (OSD)/Joint Requester Service Center. I have served in this position since June, 2006. In this capacity, I oversee the processing of FOIA appeals for the OSD, Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation for OSD, and advise the Department of Defense (DoD) Components on FOIA policy guidance and procedural issues.

2. I have been assigned by the DoD to provide to the Court the information available to the DoD. I make this declaration, supported by the DoD *Vaughn* Index at Attachment A, in my official capacity based upon my own personal knowledge and upon information available to the agency. If called as a witness I would be competent in my official capacity to testify as to the following facts:

3. In my current capacity as the Chief of DFOIPO, I oversee the administration of the agency's programs established pursuant to the FOIA, 5 U.S.C. §552, and the Privacy Act, 5 U.S.C. §552a, ("PA"). I also review files prepared in conjunction with FOIA and PA requests and appeals, the correspondence related to those requests and appeals, searches conducted in response to those requests and appeals, and the preparation of responses to those requests and appeals to ensure that determinations to withhold or to release records are made in accordance with the FOIA; the PA; DoD 5400.7-R, the Department of Defense Freedom of Information Act Program; DoD 5400.11-R, the Department of Defense Privacy Program; and 32 C.F.R. §518.

### USACIDC'S REFERRAL OF DOCUMENTS TO DFOIPO

4. USACIDC sent DFOIPO a FOIA request for consultation related to this case that included a number of documents that USACIDC believed were generated by personnel assigned to components of OSD. USACIDC's request indicated that the documents were part of a larger volume of documents that were responsive to plaintiff's FOIA request for "copies of all records pertaining to Unconventional Concepts, Inc. or Michael J. Hopmeier." Because the documents originated with a component of the OSD, specifically the Defense Advanced Research Projects Agency (DARPA), USACIDC asked that my office review the documents and make recommended release determinations concerning the documents.

5. This office reviewed the referred documents and, upon consultation with DARPA, provided the recommended release determinations to USACIDC. My office has prepared a *Vaughn* Index for select documents that USACIDC referred to my office for release determinations.

## FOIA EXEMPTION 3, 5 U.S.C. § 552(b)(3)

6. Pursuant to 5 U.S.C. 552(b)(3) and 10 USC § 2305(g), my office, in coordination with DARPA, withheld in full or in part documents that were contract proposals. In general, these documents constitute proposals that a private company – other than UCI – submitted to a federal agency in response to the requirements of a solicitation for a competitive proposal. These documents were not set forth or incorporated by reference into a contract.

## FOIA EXEMPTION 4, 5 U.S.C. § 552(b)(4)

7. Pursuant to 5 U.S.C. 552(b)(4), my office withheld in full or in part documents that contain "trade secrets and commercial or financial information obtained from a person and privileged or confidential[.]"

8. Documents withheld in their entirety under Exemption 4 are currently undergoing review with the submitter of the information in accordance with Executive Order 12,600, June 23, 1987, and therefore the agency does not have a final position on their releasability.

## FOIA EXEMPTIONS 6 & 7C, 5 U.S.C. § 552(b)(6) & (b)(7)(C)

9. The documents also contain names and personal information and, therefore, are subject to redaction pursuant to 5 U.S.C. § 552 (b)(6) and (b)(7)(C).

10. Concerning the application of Exemption 6, the individuals named within the report have an expectation of privacy by virtue of the fact that they are connected, either as the person submitting the Hotline complaint, the subject of the investigation, or other third party personnel. Furthermore, because the release of their names would not shed any light on the operations and activities of the Federal government, there is no public interest in the release of this information. Therefore, I determined that public access to these individuals' names and other information that would reveal their identities contained within the report would constitute a clearly unwarranted invasion of their personal privacy.

11. Concerning the application of Exemption 7C, a Department of Defense Hotline report is a file compiled for law enforcement purposes by the DoD Office of the Inspector General. As previously stated, the individuals named within the report have legitimate privacy interests that are not outweighed by any public interest. Therefore, I determined that public access to these individuals' names and other information that would reveal their identities contained within the report could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

12. It should be noted that the Defense Hotline Completion Report dated August 17, 2004 (at Bates stamped pages 2424 to 2522 and 35717 to 36110) was initially withheld in full. My office is in the process of conducting a segregability analysis of those pages to determine whether additional pages can be released to plaintiff. The anticipated releases and redactions are detailed in the attached *Vaughn* index.

13. My office's application of FOIA exemptions is detailed in its *Vaughn* index and is incorporated fully herein.

Executed this 21st day of February 2012 at the Defense Freedom of Information Policy Office, Freedom of Information Division, Department of Defense, Alexandria, Virginia.

_____
James P. Hogan

| | | | | | | |
|---|---|---|---|---|---|---|
| **2604 Target #** | | | | | | |
| 2424-2443 | 20 | Defense Hotline Completion Report dated August 17, 2004 – a confidential source submitted an electronic DoD IG Hotline complaint alleging violations of ethic and contract irregularities and mismanagement by a former employer of DARPA. This report was prepared by an attorney at the close of the investigation and summarizes the investigation's findings. Bates stamped pages 2424, 2425, 2430-2432, and 2440-2443 were released with large amounts of material redacted. Bates stamped pages 2425-2429, 2433-2439 were withheld in full.<br><br>The report includes the name, rank, duty position, telephone number, and organization of the official who conducted the inquiry. The report also discusses the scope of the inquiry, stating the name of the person(s) investigated and describing the allegations against that/those person(s). The report describes DARPA's contracts with the individual(s) and describes the inquiry's findings and conclusions concerning DARPA's contracts with the | OSD/FOIA | RR and WIF | **(b)(6)/(b)(7)(c)**. Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | The segregable information in this document has been released, after applying FOIA exemptions. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | individual(s), possible trademark violations, and possible ethics violations. The report also contains questions that should be posed to certain companies and a summary of the findings and conclusions, as well as a recommended disposition. | | | | |
| 2444 | 1 | Index of Exhibits to Defense Hotline Completion Report<br>Note that this document was initially withheld in full. OSD/FOIA will release the document, with redactions made pursuant to FOIA exemptions (b)(6) and (b)(7)(c). | OSD/FOIA | WIF | **(b)(6)/(b)(7)(c)**. Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | There is no segregable information in this document because, after applying FOIA exemptions only essentially meaningless words and phrases remain |
| 2445-2447 | 3 | This document is the summary of the initial complaint that started the IG investigation. The document bears the following notice on all three pages:<br>"NOTICE: The source was granted confidentiality, therefore the identity of the individual will be maintained at the DoD Hotline. However, the information contained herein may tend to identify the source and is not to be released in whole or in part to those involved in the complaint or to any unauthorized personnel. If the source is required to assist in the investigation, a request for his or her | OSD/FOIA | WIF | **(b)(6)/(b)(7)(c)**. Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | There is no segregable information in this document because, after applying FOIA exemptions only essentially meaningless words and phrases remain |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | identity must be directed to the DoD Hotline through IG or Command channels. Every effort will be made to protect the source's identity in keeping with DoD Directive 7050.1, Defense Hotline and Public Law 95-452, as amended by Public Law 97-252." | | | | |
| 2448-2522 | 75 | These documents are copies of the exhibits to the Defense Hotline Completion Report.<br><br>Note that these documents were initially withheld in full. OSD/FOIA will release the documents, with redactions made pursuant to FOIA exemptions (b)(3), (b)(4), (b)(6), and (b)(7)(c). | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g).<br>**(b)(4):** These documents contain companies' confidential and proprietary information. Release of this information may cause the companies competitive harm as some of these documents outline companies' future business activities and market projections, the status of personnel and hiring, processes, technical capabilities, and program approach.<br>**(b)(6)/(b)(7)(c)**. Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | There is no segregable information in this document because, after applying FOIA exemptions only essentially meaningless words and phrases remain |

| | | | | | | |
|---|---|---|---|---|---|---|
| **35784Target #** | | | | | | |
| 35717-36110 | 394 | Depart of Defense Inspector General Investigation File | OSD/FOIA | WIF | | |
| 35717-35736 | 20 | Defense Hotline Completion Report dated August 17, 2004 – a confidential source submitted an electronic DoD IG Hotline complaint alleging violations of ethic and contract irregularities and mismanagement by a former employer of DARPA. This report was prepared by an attorney at the close of the investigation and summarizes the investigation's findings.<br>Bates stamped pages 2424, 2425, 2430-2432, and 2440-2443 were released with large amounts of material redacted. Bates stamped pages 2425-2429, 2433-2439 were withheld in full.<br><br>The report includes the name, rank, duty position, telephone number, and organization of the official who conducted the inquiry. The report also discusses the scope of the inquiry, stating the name of the person(s) investigated and describing the allegations against that/those person(s). The report describes DARPA's contracts with the individual(s) and describes the inquiry's findings and conclusions concerning DARPA's contracts with the | OSD/FOIA | RR and WIF | **(b)(6)/(b)(7)(c)**. Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | The segregable information in this document has been released, after applying FOIA exemptions. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | individual(s), possible trademark violations, and possible ethics violations. The report also contains questions that should be posed to certain companies and a summary of the findings and conclusions, as well as a recommended disposition. | | | | |
| 35737 | 1 | Index of Exhibits to Defense Hotline Completion Report.<br><br>Note that this document was initially withheld in full.  OSD/FOIA will release the document, with redactions made pursuant to FOIA exemptions (b)(6) and (b)(7)(c). | OSD/FOIA | WIF | **(b)(6)/(b)(7)(c)**.  Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | There is no segregable information in this document because, after applying FOIA exemptions only essentially meaningless words and phrases remain |
| 35738-35740 | 3 | This document is the summary of the initial complaint that started the IG investigation.  The document bears the following notice on all three pages:<br>"NOTICE: The source was granted confidentiality, therefore the identity of the individual will be maintained at the DoD Hotline.  However, the information contained herein may tend to identify the source and is not to be released in whole or in part to those involved in the complaint or to any unauthorized personnel.  If the source is required to assist in the investigation, a request for his or her identity must be directed to the DoD | OSD/FOIA | WIF | **(b)(6)/(b)(7)(c)**.  Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | There is no segregable information in this document because, after applying FOIA exemptions only essentially meaningless words and phrases remain |

Hogan Declaration, DEX 4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Hotline through IG or Command channels. Every effort will be made to protect the source's identity in keeping with DoD Directive 7050.1, Defense Hotline and Public Law 95-452, as amended by Public Law 97-252." | | | | |
| | | **35868, 359952, 36036 Target #s** | | | | |
| 35741-35814 | 75 | These documents are copies of the exhibits to the Defense Hotline Completion Report.  Note that these documents were initially withheld in full.  OSD/FOIA will release the documents, with redactions made pursuant to FOIA exemptions (b)(6) and (b)(7)(c). | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g). **(b)(6)/(b)(7)(c)**.  Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | There is no segregable information in this document because, after applying FOIA exemptions only essentially meaningless words and phrases remain |
| 35815-35819 | 5 | A copy of attachment eight in the index of attachments to the Defense Hotline Completion Report | OSD/FOIA (DARPA) | RIF | N/A | N/A |
| 35820-36110 | 291 | These documents are copies of the exhibits to the Defense Hotline Completion Report. Note that these documents were initially withheld in full.  OSD/FOIA will release the documents, with redactions made pursuant to FOIA exemptions (b)(3), (b)(4), (b)(6), and (b)(7)(c).  Note that these documents were initially withheld in full.  OSD/FOIA will release | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g). **(b)(6)/(b)(7)(c)**.  Both the names of personnel and their contact information were withheld under 5 U.S.C. § 552 (b)(6) and (b)(7)(c) to protect their privacy interests. | There is no segregable information in this document because, after applying FOIA exemptions only essentially meaningless words and phrases remain |

| | | the documents, with redactions made pursuant to FOIA exemptions (b)(6) and (b)(7)(c). | | | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **2604 Target #** | | | |
| 2585-2604 | 20 | CellPhire Business Plan bearing a date of October 2002 and labeled proprietary and confidential.<br>The document describes CellPhire's mission, anticipated products, growth projections, management team, investment considerations, market needs and challenges, difference from other companies, and market drivers. | OSD/FOIA (DARPA) | WIF | **(b)(4):** This document outlines CellPhire's confidential and proprietary information. Release of this information may cause CellPhire competitive harm as this document outlines CellPhire's future business activities and market projections, the status of personnel and hiring, processes, technical capabilities, and program approach. | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |
| | | | **2688 Target #** | | | |
| 2676-2708 | 33 | Volume I, Technical Proposal Solicitation # BAA03-02 "Applications of Biology to Defense Applications Biomotors" Prepared for DARPA/DSO Submitted by: Geo-Centers, Inc. 7 Wells Avenue, Suite 1, Newton, MA 02459 Dated March 7, 2003<br>The proposal contains data that cannot be disclosed outside the federal government and cannot be duplicated for any other purpose than to evaluate the proposal. | OSD/FOIA (DARPA) | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g).<br><br>**(b)(6):** names of non-SES personnel were withheld under 5 U.S.C. § 552 (b)(6) to protect their privacy interests. Before release, disclosure of this information must be coordinated with the submitter of this information (i.e. CellPhire ) and the submitter must be given the opportunity to object to disclosure of its trade secrets and | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |
| 2688-2694 | 7 | Appendix of Biographical Sketches for three CellPhire employees. The data includes the employees' names, positions, | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | education and training, research and professional experience, publications, and technical skills | | | other proprietary information which may cause competitive harm if released. | |
| 2695-2708 | 14 | Cost Proposal, Volume II, BAA03-02 "Applications to Biology to Defense Applications" GEO-CENTERS, INC, GC-P-03-3551, "Applications of Bioilogy to Defense Applications Biomotors Project" dated March 7, 2003 | OSD/FOIA (DARPA) | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g). | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |
| | | | | **2772 Target #** | | |
| 2771-4 | 4 | Personnel Qualifications to Contract #N00173-03-C-2013 | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g).<br><br>**(b)(4):** This document contains proprietary financial and commercial information regarding a company's approach and pricing. This information may cause the company competitive harm if released. | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |
| | | | | **5208 Target #** | | |
| 5284-85 | 2 | Three Springs Scientific, Inc. letter dated February 4, 2002 to DARPA/DSO official from President, Three Springs Scientific, Inc.<br>The letter contains price quotations for delivery of SRV positive male rheaus monkeys | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g).<br><br>**(b)(6):** names of non-SES personnel were withheld under 5 U.S.C. § 552 (b)(6) to protect | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | their privacy interests. Release of this information would constitute an unwarranted invasion of personal privacy. Before release, disclosure of this information must be coordinated with the submitter of this information and the submitter must be given the opportunity to object to disclosure of its trade secrets and other proprietary information which may cause competitive harm if released. | |
| | | | | **5292 Target #** | | |
| 5286-92 | 7 | Battelle Letter Dated February 8, 2002 to DARPA/DSO Program Manager from Battelle Contracting Officer. The letter contains a revised proposal that was submitted in response to an electronic mail message from a Lieutenant Colonel at Walter Reed Army Institute of Research. The revised proposal describes the technical components of Battelle's proposal for a Walter Reed Army Institute of Research evaluation involving aerosol anthrax. The descriptions of the technical components contain detailed information on how Battelle proposes the scientific evaluation be conducted. The letter also | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g). **(b)(6)/(b)(7)(c):** names of non-SES personnel were withheld under 5 U.S.C. § 552 (b)(6) & (b)(7)(c) to protect their privacy interests. Release of this information would constitute an unwarranted invasion of personal privacy. Before release, disclosure of this information must be coordinated with the submitter of this information and the submitter | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | contains the total estimated cost of Battelle's revised proposal. | | | must be given the opportunity to object to disclosure of its trade secrets and other proprietary information which may cause competitive harm if released. | |
| | | | **16800 Target #** | | | |
| 16768-16815 | 48 | DARPA BAA 01-42 "Engineered Tissue Constructs: The Artificial Lymph Node", Volume I: Technical, Lead Organization: Sciperio, Inc (Stillwater, OK). Other Team Members: Dana-Farber Cancer Institute; Sciperio, Inc.; MIT Whitehead Institute; University of Wisconsin – Madison; La Jolla Institute of Allergy and Immunology; Shionogi BioResearch Corp.; Purdue University; University of Central Florida; Oklahoma State University Proposal Date/Date of Proposal Submission: March 13, 2002. The document contains the total cost to the government, an executive summary describing the proposal, a technical description of the proposal, a timeline for the research plan, a list of key personnel involved that contains descriptions of the personnel's experience and qualifications, and a list of references for the proposal. The document bears the label "proprietary" | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g). **(b)(6):** names of non-SES personnel were withheld under 5 U.S.C. § 552 (b)(6) to protect their privacy interests. Release of this information would constitute an unwarranted invasion of personal privacy. Before release, disclosure of this information must be coordinated with the submitter of this information and the submitter must be given the opportunity to object to disclosure of its trade secrets and other proprietary information which may cause competitive harm if released. | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | at the top and bottom of each page. | | | | |
| **17052 Target #** | | | | | | |
| 17040-17104 | 65 | Quarterly Technical Progress Report dated January 17, 2003 for Contract # DAMD17-02-C-0130, "Engineered Tissue Constructs: the Artificial Lymph Node" The effective date of the contract is September 30, 2002 and the report covers work completed between October 1, 2002 and December 31, 2002. The Contracting Officer's Representative is from the U.S. Army Institute of Surgical Research at Fort Sam Houston, Texas. The Technical Point of Contact is an employee of Sciperio, Inc. The first page of the documents (17040) indicates that both- DARPA/DSO and USAMRAA have an interest or role in the contract. The document bears the labels "proprietary" and "contains unpublished data" on each page. The document lists and describes the project highlights. The document also describes the tasks and progress to date of the following institutions, which have research related to the contract/project: Whitehead Institute for Biomedical Research (WI); MIT; Sciperio; Cana- | OSD/FOIA | WIF | **(b)(4):** This document contains proprietary financial and commercial information regarding a company's approach and pricing. This information may cause the company competitive harm if released.<br><br>**(b)(6)/(b)(7)(c).** Names of non-SES personnel were withheld under 5 U.S.C. § 552 (b)(6) & to protect their privacy interests. | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Farber Cancer Institute and Department of Pathology, Harvard Medical School; Synta Pharmaceuticals Corp.; University of Wisconsin; LaJolla Institute of Allergy and Immunology: Center for Research and Education on Optics and Lasers; and the College of Veterinary Medicine, Oklahoma State University. | | | | |
| | | | | **17556 Target #** | | |
| 17514-17564 | 1 | DARPA Open Office BAA – Unsolicited Proposal (BAA01-42) submitted to a DARPA/DSO official<br>Proposal Title: "Performance Enhancement by Stimulation of Mitochondrial Biogenesis"<br>Lead Organization: Shionogi BioResearch Corp.<br>The document contains a technical summary reflecting the total cost and the total 1st year cost to the federal government.<br>The document contains an executive summary of the proposed research; a statement of work, which contains the research's objectives and research plan. The document also describes the research phases, milestones, and costs by phase. The document lists the facilities and equipment available. | OSD/FOIA | WIF | (**b**)(**3**): Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g).<br><br>(**b**)(**6**): names of non-SES personnel were withheld under 5 U.S.C. § 552 (b)(6) & to protect their privacy interests. Before release, disclosure of this information must be coordinated with the submitter of this information and the submitter must be given the opportunity to object to disclosure of its trade secrets and other proprietary information which may cause competitive harm if released. | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | The document lists and describes the researchers' previous work in mitochondrial research and qualifications. The document contains a list of technical references for the proposal. The document names the personnel involved and estimates the personnel costs, as well as the costs of travel and supplies. A Contract Pricing Proposal Cover Sheet is at pages 17562-17563, which is signed by the CFO, Shionogi BioResearch Corp. | | | | |
| **20916  Target #** | | | | | | |
| 20992-21034 | 42 | DARPA BAA 01-42 "Engineered Tissue Constructs: The Artificial Lymph Node", Volume II:Cost , Lead Organization: Sciperio, Inc (Stillwater, OK). Other Team Members: Dana-Farber Cancer Institute; Sciperio, Inc.; MIT Whitehead Institute; University of Wisconsin – Madison; La Jolla Institute of Allergy and Immunology; Shionogi BioResearch Corp.; Purdue University; University of Central Florida; Oklahoma State University Proposal Date/Date of Proposal Submission: March 13, 2002. The document contains a summary cost breakdown by quarter and a cost breakdown for prime contractor (yearly | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g).  **(b)(6)**: names of non-SES personnel were withheld under 5 U.S.C. § 552 (b)(6) to protect their privacy interests. Release of this information would constitute an unwarranted invasion of personal privacy. | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | project costs, summary of total costs by performer, prime contractor share of costs by year, costs details by task, budget notes). The document also contains a section that shows the team members' budgets. | | | | |
| | | **32424 Target #** | | | | |
| 32403-32452 | 50 | DARPA Open Office BAA--Unsolicited Proposal from Munchi BioTherapeutics Corp. (Bedford, MA) Written proposal for research project entitled "Therapeutic Human Monoclonal Antibody Against Smallpox" (undated) | OSD/FOIA | WIF | **(b)(3):** Proposals are exempt from disclosure under exemption (b)(3), statute 10 USC 2305(g). **(b)(6)(b)(7)(c):** names of non-SES personnel were withheld under 5 U.S.C. § 552 (b)(6) to protect their privacy interests. Release of this information would constitute an unwarranted invasion of personal privacy. | There is no segregable information in this document because after applying the FOIA exemptions, only essentially meaningless words and phrases remain. |
| 32403-32404 | | DARPA Open Office BAA--Unsolicited Proposal from Munchi BioTherapeutics Corp. (Bedford, MA). This is a form that lists the lead organization on the proposed research project, the title of the project ("Therapeutic Human Monoclonal Antibody Against Smallpox"), the project's keywords, the project's technical abstract, the project's technical and administrative points of contact, and a cost summary (total cost and 1st year cost). | | | | |
| 32405-32407 | | Public Health Services forms PHS 398 (Rev. 05/01), "Detailed Budget for Initial Budget Period, Direct Costs Only" The forms bear a "from" date of July 1, | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 2003 and a "to" date of June 30, 2004. The second and third forms are continuations of the first form at page 32405. The forms contain the name of the principal investigator/program director and of the personnel assigned to the contract. The forms also specify the role each person will play in the project, the percentage each person will contribute to the project, the base and requested salaries, and fringe benefits amounts for each person. The forms contain a list of supplies and their estimated costs, estimated travel costs, and other expenses. |  |  |  |  |
| 32408-32410 | This document contains a budget justification, which lists the names of the personnel involved with the research and their qualifications, supplies, travel, publication charges, outside services, and an estimated profit to Munchi articulated in both percentage and dollar amounts. |  |  |  |  |
| 32411-32415 | A table entitled "Year 1 Budget Justification". |  |  |  |  |
| 32416-32436 | This document is a description of the research project proposal.. The cover page of the proposal description indicates that the proposal is for "Therapeutic Human |  |  |  |  |

|  | Monoclonal Antibody Against Smallpox" with a proposal number listed as "Open Office BAA-unsolicited proposal" proposed by and to be performed by a Munch BioTherapeutics Corp. employee with a PHD. The proposal was submitted to a DARPA employee. The proposal contains an executive summary, statement of work, plan of action, description of the phases of research and critical tasks for each phase, and milestones for each task. The proposal also contains a cost break down for task, technical references, applicable facilities and equipment, and major equipment. |  |  |  |  |
|---|---|---|---|---|---|
| 32437-32452 | The *curriculum vitas* of personnel assigned to the project |  |  |  |  |