# REMENICK PLLC



1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 4/11/10 | 00216 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| 8120.009 | Terms |
|----------|-------|
|          | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 2/11/10 | JXR | Review FOIA matter; discussions with Ms. Grinshpun regarding same | 690.00 | 0.6 | 414.00 |
| 2/13/10 | JXR | Review FOIA requests; discussions with Ms. Grinshpun regarding same | 690.00 | 0.8 | 552.00 |
| 2/15/10 | DG | Discuss case with Dr. Remenick; reivew documents related to each FOIA request, discuss issues with Dr. Remenick | 450.00 | 2.5 | 1,125.00 |
| 2/19/10 | JXR | Discussions with Mr. Hopmeier, Ms. Grinshpun and Mr. Smith regarding next steps and option for continuing FOIA actions | 690.00 | 2.1 | 1,449.00 |
| 2/22/10 | JXR | Discussions with Ms. Grinshpun regarding FOIA issues | 690.00 | 0.8 | 552.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

FOIA cases

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 4/22/10 | 00237 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-------|
| 8120.009 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 3/3/10 | DG | Discuss case status with R. Korrochof Williams Mullen | 450.00 | 0.2 | 90.00 |
| 3/3/10 | JXR | Attend to FOIA requests; corespondence and discussion with Ms. Grinshpun | 690.00 | 0.4 | 276.00 |
| 3/4/10 | DG | Review case status information provided by R. Korroch of Williams Mullen | 450.00 | 0.3 | 135.00 |
| 3/6/10 | DG | Discuss options for ... with J. Remenick | 450.00 | 0.3 | 135.00 |
| 3/11/10 | DG | Review documents and draft complaint | 450.00 | 2 | 900.00 |
| 3/12/10 | JXR | Review and revise complaint; research ...; review and revise complaint | 690.00 | 3.2 | 2,208.00 |
| 3/12/10 | DG | Consult with J. Remenick re: complaint and edits | 450.00 | 0.4 | 180.00 |
| 3/12/10 | MJS | Review procedure for E-Filing cases in the District Court for the Eastern District Court of VA | 385.00 | 3 | 1,155.00 |
| 3/15/10 | JXR | Attend to preparation of documents necessary for filing complaint | 690.00 | 2.6 | 1,794.00 |
| 3/15/10 | DG | Consult with J. Remenick regrading filing and service of complaint | 450.00 | 0.4 | 180.00 |
| 3/15/10 | MJS | Research on ... | 385.00 | 3 | 1,155.00 |
| 3/16/10 | JXR | Review and revise complaint; discussions with Ms. Grinshpun and Mr. Smith regarding same | 690.00 | 3.2 | 2,208.00 |
| 3/17/10 | JXR | Preparation of complaint and summons; attend to filing | 690.00 | 2.2 | 1,518.00 |
| 3/17/10 | MJS | Prepare complaint and certificates of service for filing | 385.00 | 4 | 1,540.00 |
| 3/18/10 | JXR | Preparation of summons and attend to filing | 690.00 | 0.9 | 621.00 |
| 3/19/10 | JXR | Correspondence and discussions with Mr. Kurroch, Mr. Hopmeier, Army attorneys regarding (NO CHARGE) | 0.00 | 3.8 | 0.00 |
| 3/22/10 | JXR | Correspondence with Mr. Kurroch | 690.00 | 0.8 | 552.00 |
| 3/30/10 | DG | Draft update letters for outstanding FOIA requests | 450.00 | 1.6 | 720.00 |
| 3/31/10 | JXR | Review revise and send responsive letters with attachments regarding FOIA requests | 690.00 | 2.1 | 1,449.00 |
| 3/31/10 | DG | Consult with J. Remenick regrading update letters for FOIA requests | 450.00 | 0.3 | 135.00 |

FOIA cases

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

| Phone # | 202.570.7380 |
| Fax # | 1.888.570.7381 |

| Date | Invoice # |
|------|-----------|
| 4/22/10 | 00237 |

## Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|-------|
| 8120.009 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 3/17/10 | Services | US District Court | 350.00 | | 350.00 |
| 3/17/10 | Services | Process Servers | 180.00 | | 180.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |



FOIA cases

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 5/27/10 | 00333 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 4/16/10 | MJS | Review and edit joint motion to extend; converse with US Assistant Attorney | 385.00 | 1.5 | 577.50 |
| 4/19/10 | MJS | Correspond with US Assistant Attorney; review motion to extend | 385.00 | 0.5 | 192.50 |
| 4/23/10 | DG | Review letter and settlement offer from CIC counsel D. Brou; discuss same with Dr. Remenick; draft response to letter to USAMRAA and discuss same with Dr. Remenick | 450.00 | 2.1 | 945.00 |
| 4/28/10 | DG | Review response letter from CIC counsel, Dr. Brou, and discussions with Dr. Remenick regarding same; e _____ review _____ Dr. Remenick | 450.00 | 1.2 | 540.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. _____ | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 6/23/10 | 00371 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 5/3/10 | MJS | 010  Converse with Dr. Remenick; converse with Assistant US Attorney                    , | 385.00 | 0.3 | 115.50 |
| 5/5/10 | MJS | 010  Review letter to Assistant US Attorney; Correspond with Assistant US Attorney | 385.00 | 1 | 385.00 |
| 5/19/10 | MJS | 010  Obtain Exhibits to Response to Motion; Converse with Mike Hopmeier, Dina Grinshpun and Dr. Remenick | 385.00 | 5 | 1,925.00 |
| 5/24/10 | MJS | 010  Edit Response to Defendant's Motion | 385.00 | 5.5 | 2,117.50 |
| 5/10/10 | JXR | 010  Correspondence and discussion with Mr. Hopmeier and Ms. Grinshpun and Mr. Smith regarding                      review and revise draft | 690.00 | 3.5 | 2,415.00 |
| 5/11/10 | JXR | 010  Discussions with Mr. Hopmeier and Ms. Grinshpun | 690.00 | 1.1 | 759.00 |
| 5/12/10 | JXR | 010  Discussions with Mr. Hopmeier and Ms. Grinshpun regarding | 690.00 | 0.5 | 345.00 |
| 5/18/10 | JXR | 010  Preparation and filing of pro hac vice papers | 690.00 | 0.2 | 138.00 |
| 5/20/10 | JXR | 010  Preparation of responsive brief | 690.00 | 1.2 | 828.00 |
| 5/21/10 | JXR | 010  Review joint motion; correspondence with Mr. Brou regarding same; review and revise draft responsive brief | 690.00 | 2.4 | 1,656.00 |
| 5/24/10 | JXR | 010  Preparation and filing of responsive brief | 690.00 | 8.6 | 5,934.00 |
| 5/26/10 | JXR | 010 Discussions and correspondence regarding | 690.00 | 0.6 | 414.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 6/25/10 | 00391 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|--|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 5/9/10 | DG | 010  Edit ;                           ; discuss edits with J. Remenick. | 450.00 | 0.8 | 360.00 |
| 5/12/10 | DG | 010  Review summary Report of Investigation from M. Hopmeier; discuss with J. Remenick | 450.00 | 2 | 900.00 |
| 5/14/10 | DG | 010  Review motion, brief, and attachments filed by D. Brou to vacate discovery and stay the case; discuss same with J. Remenick. | 450.00 | 2.1 | 945.00 |
| 5/18/10 | DG | 010  Draft factual background for brief in opposition to motion to vacate and stay. | 450.00 | 3.3 | 1,485.00 |
| 5/19/10 | DG | 010  Edit D. Brou's suggested joint motion to postpone scheduling conference and respond to D. Brou; complete draft of factual background for brief in opposition to motion to vacate and stay; research (                          ; begin draft of argument section for brief. | 450.00 | 3.8 | 1,710.00 |
| 5/20/10 | DG | 010  Review objections to our requests for production; complete draft of brief in opposition to motion to vacate and stay and discuss same with J. Remenick. | 450.00 | 2.1 | 945.00 |
| 5/21/10 | DG | 010  Edit D. Brou's further edits to joint motion to postpone scheduling conference; discuss same with J. Remenick. | 450.00 | 0.3 | 135.00 |
| 5/22/10 | DG | 010 Review edits to brief in opposition to motion to vacate and stay; discuss same with J. Remenick | 450.00 | 0.4 | 180.00 |
| 5/24/10 | DG | 010 Complete final edits to brief in opposition to motion to vacate and stay; discuss proposed order with J. Remenick. | 450.00 | 0.6 | 270.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 7/2/10 | 00421 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 6/1/10 | JXR | 010  Review response in support of motion to vacate; correspondence and discussions regarding same. | 690.00 | 0.5 | 345.00 |
| 6/4/10 | JXR | 010  Draft response letter to Mr. Mitchell. | 690.00 | 0.3 | 207.00 |
| 6/8/10 | JXR | 010  Preparation of hearing notebook. | 690.00 | 3.3 | 2,277.00 |
| 6/9/10 | JXR | 010  Review response letter from Mr. Mitchell. | 690.00 | 0.3 | 207.00 |
| 6/10/10 | DG | 010  Legal research; preparations for hearing. | 450.00 | 4 | 1,800.00 |
| 6/10/10 | JXR | 010  Discussions with Ms. Grinshpun and Mr. Hopmeier regarding hearing. | 690.00 | 2 | 1,380.00 |
| 6/10/10 | MJS | 010  Discussion with Mike Hopmeier, Dr. Remenick, and Dina Grinshpun. | 385.00 | 1 | 385.00 |
| 6/11/10 | DG | 010  Prepare for and attend hearing. | 450.00 | 3.5 | 1,575.00 |
| 6/11/10 | JXR | 010  Attend hearing in US District Court for VA; discussions with Mr. Hopmeier, Mr. Smith, and Ms. Grinshpun regarding same. | 690.00 | 2 | 1,380.00 |
| 6/13/10 | JXR | 010  Review letter from Mr. Mitchell and documents; discussions and correspondence regarding same. | 690.00 | 1.2 | 828.00 |
| 6/14/10 | JXR | 010  Review :                ; correspondence and discussions regarding same. | 690.00 | 4.4 | 3,036.00 |
| 6/15/10 | JXR | 010  Review judge's memo; correspondence regarding same. | 690.00 | 0.4 | 276.00 |
| 6/15/10 | MJS | 010  Meeting with Mike Hopmeier and Dr. Remenick; Research on | 385.00 | 5 | 1,925.00 |
| 6/28/10 | JXR | 010  Preparation of correspondence to Mr. Mitchell regarding absence of FOIA documents. | 690.00 | 0.4 | 276.00 |
| 6/3/10 | DG | 010  Research case law for | 450.00 | 1 | 450.00 |
| 6/4/10 | DG | 010  Draft and edit letter to N. Mitchell of USACIC re document production | 450.00 | 0.4 | 180.00 |
| 6/7/10 | DG | 010  Research case law in preparation for hearing. | 450.00 | 2 | 900.00 |
| 6/8/10 | DG | 010  Research Cacheris cases and EDVA FOIA cases in preparation for hearing. | 450.00 | 2 | 900.00 |
| 6/10/10 | DG | 010  Review all filed documents and exhibits, prepared for hearing. | 450.00 | 4 | 1,800.00 |
| 6/11/10 | DG | 010  Prepare for hearing, attend hearing, discussion with M. Hopmeier. | 450.00 | 3.5 | 1,575.00 |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| 6/28/10 | DG | 010  Draft and edit letter to N. Mitchell of USACIC regarding lateness of document production. | 450.00 | 0.2 | 90.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007<br>WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #       1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 8/12/10 | 00503 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 6/11/10 | Services | DG - Airfare | 1,905.38 | | 1,905.38 |
| 6/11/10 | Services | DG Hotel DC | 246.18 | | 246.18 |
| 7/22/10 | JXR | 010  Correspondence with Ms. Grinshpun regarding procedural issues. | 690.00 | 0.4 | 276.00 |
| 7/22/10 | MJS | 010  Research on F_____; Draft letter to Nathan Mitchell; Converse with Dr. Remenick | 385.00 | 4 | 1,540.00 |
| 7/27/10 | JXR | 010  Review and revise letter to Mr. Mitchell regarding production. | 690.00 | 0.2 | 138.00 |
| 7/27/10 | DG | 010  Draft response letter to Mitchell; discussions with Dr. Remenick regarding same. | 450.00 | 0.7 | 315.00 |
| 7/28/10 | JXR | 010  Review FOIA materials. | 690.00 | 1.1 | 759.00 |
| 7/28/10 | DG | 010  Finalize and send letter to Mitchel. | 450.00 | 0.3 | 135.00 |
| 8/2/10 | JXR | 010  Review FOIA Documents. | 690.00 | 3.3 | 2,277.00 |
| 8/3/10 | JXR | 010  Review FOIA documents. | 690.00 | 2.3 | 1,587.00 |

REMIT CHECKS TO: Remenick PLLC, 1025 Thomas
Jefferson Street, N.W., Suite 175, Washington, DC
20007
WIRE TRANSFERS: Eagle Bank, Beneficiary Bank
Swift No. EAGLUS5S. Beneficiary Bank ABA No.

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|---|---|
| 9/1/10 | 00540 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| 8/13/10 | JXR | 010  Review documents. | 690.00 | 3.3 | 2,277.00 |
| 8/19/10 | JXR | 010  Review documents produced. | 690.00 | 4.5 | 3,105.00 |
| 8/23/10 | JXR | 010  Prepare document production summaries; draft letters to Mr. Mitchell as to missing documents; correspondence regarding same. | 690.00 | 6.5 | 4,485.00 |
| 8/23/10 | JXR | 010  Preparation of draft letters to Mr. Mitchell regarding deficiencies of document production. | 690.00 | 1.1 | 759.00 |
| 8/23/10 | DG | 010  Preparation of letters to Mr. Mitchell regarding document production. | 450.00 | 1.4 | 630.00 |
| 8/24/10 | JXR | 010  Review document production; legal research regarding | 690.00 | 2.1 | 1,449.00 |
| 8/25/10 | DG | 010  Discussion of ; legal research regarding same. | 450.00 | 1.6 | 720.00 |
| 8/25/10 | JXR | 001  Review and revise correspondence regarding same. | 690.00 | 2.1 | 1,449.00 |
| 8/25/10 | JXR | 010  Review document production for redaction useful issues in preparing possible argument. | 690.00 | 1.6 | 1,104.00 |
| 8/27/10 | JXR | 010  Review documents produced; legal research regarding same. | 690.00 | 4.6 | 3,174.00 |
| 8/30/10 | MJS | 010 Prepare and file motion to change date of hearing; file opposition to motion to extend stay. | 385.00 | 4 | 1,540.00 |
| 8/30/10 | JXR | 010  Preparation of response motion and motion for rescheduling hearing; discussions with Mr. Smith and Ms. Grinshpun regarding same. | 690.00 | 2.1 | 1,449.00 |
| 8/30/10 | DG | 010  Preparation of response to CIDC motion for extension of stay. | 450.00 | 4 | 1,800.00 |
| 8/18/10 | Services | 010 FOIA REQUEST | 340.35 | | 340.35 |
| 8/18/10 | Services | 010 FOIA REQUEST | 26.85 | | 26.85 |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 9/1/10 | 00540 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #   1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 9/29/10 | 00574 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 9/8/10 | JXR | 010  Prepare letter in response to Mitchell. | 690.00 | 0.8 | 552.00 |
| 9/8/10 | MFM | 010  Preparation of Mitchell letter and check. | 200.00 | 0.5 | 100.00 |
| 9/9/10 | DG | 010  Discussions regarding Mitchell production and approach to court hearing. | 450.00 | 0.4 | 180.00 |
| 9/15/10 | MS | 010  Reviewed file, prepared argument for Defendant's Motion to Extend Stay | 300.00 | 3.7 | 1,110.00 |
| 9/15/10 | JXR | 010  Legal research and preparations for hearing. | 690.00 | 2.1 | 1,449.00 |
| 9/16/10 | MS | 010  Prepared exhibit binder and argument for Defendant's Motion to Stay hearing | 300.00 | 2 | 600.00 |
| 9/16/10 | MJS | 010  Prepare for Hearing; Converse with Ms. Safro and Dr. Remenick | 385.00 | 1 | 385.00 |
| 9/16/10 | JXR | 010  Preparation for hearing; discussions with Ms. Safro. | 690.00 | 2.2 | 1,518.00 |
| 9/17/10 | MS | 010  Appeared in court on Defendant's Motion to Stay hearing, prepared legal research on | 300.00 | 3 | 900.00 |
| 9/17/10 | MJS | 010  Attend hearing | 385.00 | 1 | 385.00 |
| 9/17/10 | JXR | 010  Attend hearing on motion to extend stay of proceedings. | 690.00 | 2 | 1,380.00 |
| 9/20/10 | JXR | 010  Discussion with Ms. Safro regarding egal research regarding same. | 690.00 | 1.1 | 759.00 |
| 9/20/10 | MS | 010  Conducted legal research and drafted Motion to Partially Lift Stay | 300.00 | 2.5 | 750.00 |
| 9/21/10 | MS | 010  Conducted legal resarch and drafted Memo to Partially Lift Stay | 300.00 | 2.2 | 660.00 |
| 9/22/10 | JXR | 010  Review and revise draft motion to lift stay; discussions with Ms. Safro and Mr. Hopmeier regarding same. | 690.00 | 1.2 | 828.00 |
| 9/22/10 | MS | 010  Drafted Memo to Partially Lift Stay, revised Motion to Partially Lift Stay, and drafted Proposed Order to Partially Lift Stay | 300.00 | 2.6 | 780.00 |
| 9/23/10 | JXR | 010  Review judge's order; discussions with Mr. Hopmeier, Mr. Smith, and Ms. Safro regarding options and next steps. | 690.00 | 0.8 | 552.00 |
| 9/23/10 | MS | 010  Reviewed Dr. Remenick's revisions to  Memo to Partially Lift Stay and drafted revisions to Memo | 300.00 | 1.1 | 330.00 |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 9/29/10 | 00574 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 9/24/10 | DG | 010  Review judge's order; discussions with Dr. Remenick regarding options. | 450.00 | 0.5 | 225.00 |
| 9/9/10 | Services | 010 US Treasury - Payment | 5,478.45 | | 5,478.45 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|---|---|
| 11/1/10 | 00625 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| 10/4/10 | MS | 010 - Conducted legal research on reviewed search warrant documents produced by CIC | 300.00 | 2.4 | 720.00 |
| 10/6/10 | MS | 010 - Drafted memo on | 300.00 | 2.6 | 780.00 |
| 10/7/10 | MS | 010 - Drafted memo on | 300.00 | 1 | 300.00 |
| 10/8/10 | JXR | 010 Review documents and with Ms. Safro. | 690.00 | 1.2 | 828.00 |
| 10/8/10 | MS | 010 - Meeting with Dr. Remenick and Mr. Smith to discuss memo on and conducted research | 300.00 | 2.5 | 750.00 |
| 10/14/10 | MS | 010 - Drafted and sent letter via email to Ms. Brou requesting remainder of responsive documents; drafted letter to Court correcting misnomers in September 23, 2010 Memorandum Opinion | 300.00 | 1.8 | 540.00 |
| 10/15/10 | MS | 010 - Drafted and sent letter via email to Ms. Brou requesting remainder of responsive documents; drafted letter to Court correcting misnomers in September 23, 2010 Memorandum Opinion | 300.00 | 0.6 | 180.00 |
| 10/18/10 | MS | 010- Drafted letter to court correcting errors in court's order, prepared exhibits for letter, and filed letter and exhibits with court | 300.00 | 0.3 | 90.00 |
| 10/20/10 | MS | 010- Drafted letter to court correcting errors in court's order, prepared exhibits for letter, and filed letter and exhibits with court | 300.00 | 1.8 | 540.00 |
| 10/20/10 | JXR | 010 Review and revise letter to Judge. | 690.00 | 2.1 | 1,449.00 |
| 10/21/10 | MS | 010- Drafted letter to court correcting errors in court's order, prepared exhibits for letter, and filed letter and exhibits with court | 300.00 | 0.7 | 210.00 |
| 10/17/10 | DG | 010 Review and edit letter to Judge Cacheris; discuss with J. Remenick. | 450.00 | 0.4 | 180.00 |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381



| Date | Invoice # |
|------|-----------|
| 11/1/10 | 00625 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC



1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #    1.888.570.7381

| Date | Invoice # |
|---|---|
| 12/7/10 | 00658 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| 11/4/10 | MS | 010 - Drafted and sent letter via email to opposing counsel Brou requesting document production | 300.00 | 0.6 | 180.00 |
| 11/4/10 | JXR | 010  Review and revise letter to Ms. Brou; discussions with Ms. Safro and Ms. Grinshpun regarding same. | 690.00 | 0.6 | 414.00 |
| 11/6/10 | JXR | 010  Discussions with Ms. Grinshpun as to | 690.00 | 0.3 | 207.00 |
| 11/6/10 | DG | 010  Legal research on FOIA and discussions with Dr. Remenick. | 450.00 | 1.3 | 585.00 |
| 11/9/10 | MS | Reviewed redacted documents, researched case law on                         conversation with Dr. Remenick and Mr. Smith regarding FOIA fees | 300.00 | 2.1 | 630.00 |
| 11/9/10 | JXR | 010  Conference and correspondence with Mr. Korroch; discussions with Mr. Hopmeier and Ms. Grinshpun regarding | 690.00 | 0.8 | 552.00 |
| 11/10/10 | MS | Reviewed redacted documents, researched case law on              , conversation with Dr. Remenick and Mr. Smith regarding FOIA fees | 300.00 | 2.7 | 810.00 |
| 11/12/10 | MS | Reviewed redacted documents, researched case law on              , conversation with Dr. Remenick and Mr. Smith regarding FOIA fees | 300.00 | 3.1 | 930.00 |
| 11/16/10 | JXR | 010  Review correspondence and materials received from CIDC; discussions and correspondence with Mr. Hopmeier and Ms. Safro regarding same. | 690.00 | 1.1 | 759.00 |
| 11/16/10 | MS | 010 - reviewed documents produced by CIDC and drafted outline of documents | 300.00 | 0.7 | 210.00 |
| 11/17/10 | JXR | 010  Review correspondence and materials received from CIDC; discussions and correspondence with Mr. Hopmeier and Ms. Safro regarding same. | 690.00 | 0.8 | 552.00 |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 12/7/10 | 00658 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|--|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 11/17/10 | MS | 010 - reviewed documents produced by CIDC and drafted outline of documents | 300.00 | 0.6 | 180.00 |
| 11/18/10 | MS | 010 - reviewed documents produced by CIDC and drafted outline of documents | 300.00 | 0.5 | 150.00 |
| 11/19/10 | MS | 010 - reviewed documents produced by CIDC and drafted outline of documents | 300.00 | 0.8 | 240.00 |
| 11/20/10 | JXR | 010  Legal research regarding FOIA issues; correspondence and discussions with Ms. Grinshpun regarding same. | 690.00 | 2.1 | 1,449.00 |
| 11/20/10 | DG | 010  Legal research regarding FOIA issues; correspondence and discussions with Ms. Grinshpun regarding same. | 450.00 | 2.1 | 945.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S. Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381



| Date | Invoice # |
|------|-----------|
| 1/18/11 | 00716 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-----------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 12/3/10 | MS | 010-- reviewed document production sent by CIC; corresponded with Ms. Brou regarding agent activity summaries; emailed client letters from CIC and relevant documents from production | 300.00 | 2 | 600.00 |
| 12/3/10 | JXR | 010  Review CIDC production; discussions regarding same. | 690.00 | 0.2 | 138.00 |
| 12/8/10 | JXR | 010  Review AAR. | 690.00 | 0.5 | 345.00 |
| 12/9/10 | JXR | 010  Review AAR; correspondence and discussions with Mr. Hopmeier, Ms. Safro and Mr. Mead regarding same. | 690.00 | 0.7 | 483.00 |
| 12/9/10 | MS | 010 - Conversation with Ms. Brou regarding extension of stay to allow CIC to produce documents referred to other agencies; correspondence with Mr. Mead attaching 2006 affidavit and agent activity summary; reviewed proposed consent motion and order sent by Ms. Brou; drafted correspondence to Ms. Brou consenting to motion and order; researched | 300.00 | 1 | 300.00 |
| 12/10/10 | MS | 010 - Conversation with Ms. Brou to agree to 90-day extension of stay; drafted correspondence with Mr. Mead attaching 2006 affidavit and agent activity summary; reviewed proposed consent motion and order sent by Ms. Brou; drafted and sent correspondence to Ms. Brou consenting to motion and order; researched | 300.00 | 1.8 | 540.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 3/1/11 | 00834 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|--|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 2/28/11 | JXR | 010  Review CIDC letter; further correspondence regarding same.<br><br>REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007<br>WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No.<br>: | 725.00 | 0.2 | 145.00 |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 4/5/11 | 00893 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|--|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 3/7/11 | JXR | 010  Review materials received from Ms. Brou; correspondence and discussions regarding same. | 725.00 | 0.5 | 362.50 |
| 3/10/11 | JXR | 010  Correspondence with Ms. Brou regarding extension of time; discussions with Mr. Kim and Ms. Safro as to | 725.00 | 0.7 | 507.50 |
| 3/21/11 | MJS | 010 Meeting with Michael Hopmeier, Dr. Remenick, | 425.00 | 1 | 425.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381



| Date | Invoice # |
|------|-----------|
| 5/2/11 | 00960 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 4/19/11 | JXR | 010  Review correspondence from Ms. Brou and legal rsearch regarding same. | 725.00 | 0.4 | 290.00 |
| 4/27/11 | JXR | 010  Review correspondence and new productions from Ms. Brou; discussions and correspondence with Mr. Hopmeier regarding same. | 725.00 | 0.6 | 435.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007<br>WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #  202.570.7380
Fax #    1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 6/28/11 | 01055 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 6/2/11 | JXR | 010  Review materials received; correspondence regarding same. | 725.00 | 0.3 | 217.50 |
| 6/7/11 | JXR | 010  Review materials received from Ms. Brou; telephone conference with Ms. Brou regarding remaining production and filing extension with court. | 725.00 | 0.4 | 290.00 |
| 6/9/11 | JXR | 010  Review materials received from AUSA Brou; correspondence regarding same; Review and revise motion for extension; discussions with Ms. Safro regarding same. | 725.00 | 0.5 | 362.50 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007<br>WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #       1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 8/4/11 | 01120 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 7/21/11 | JXR | 010  Discussion with Mr. Hopmeier and Ms. Safro rEgartding | 725.00 | 0.2 | 145.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #       1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 8/30/11 | 01174 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 8/5/11 | JXR | 010  Various correspondence with Ms. Brou regarding production, status of case and next steps. | 725.00 | 0.2 | 145.00 |
| 8/8/11 | JXR | 010  Review correspondence received from Ms. Brou; correspondence and discussions regarding same. | 725.00 | 0.4 | 290.00 |
| 8/10/11 | JXR | 010  Review correspondence received from Ms. Brou; correspondence and discussions regarding same. | 725.00 | 0.8 | 580.00 |
| 8/19/11 | JXR | 010  Review correspondence from AUSA Brou; discussions with Ms. Safro regarding response; review and revise response. | 725.00 | 0.3 | 217.50 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 10/3/11 | 01248 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 9/9/11 | JXR | 010  Discussions and correspondence regarding Vaughn index issues. | 725.00 | 0.2 | 145.00 |
| 9/27/11 | MS | 010 - drafted amended Complaint | 320.00 | 2 | 640.00 |
| 9/28/11 | JXR | 010  Review and revise Amended complaint; discussions regarding same. | 725.00 | 1 | 725.00 |
| 9/28/11 | MS | 010 - drafted amended Complaint | 320.00 | 1.6 | 512.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 11/4/11 | 01336 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 10/4/11 | MS | 010 - drafted amended complaint | 320.00 | 2.2 | 704.00 |
| 10/5/11 | JXR | 010  Review draft amended complaint; Discussions with Ms. Safro regarding same. | 725.00 | 0.8 | 580.00 |
| 10/5/11 | MS | 010 - drafted amended complaint | 320.00 | 3 | 960.00 |
| 10/6/11 | JXR | 010  Review and revise draft amended complaint; discussions regarding same. | 725.00 | 1.6 | 1,160.00 |
| 10/6/11 | MS | 010 - drafted amended complaint | 320.00 | 2.2 | 704.00 |
| 10/7/11 | JXR | 010  Correspondence with Mr. Hopmeier regarding documents received from CIDC. | 725.00 | 0.2 | 145.00 |
| 10/7/11 | MS | 010 - drafted amended complaint | 320.00 | 2.9 | 928.00 |
| 10/21/11 | JXR | 010  Review CIDC answer to amended complaint; discussions and correspondence regarding same. | 725.00 | 0.8 | 580.00 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 12/6/11 | 01422 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|---|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 11/1/11 | JXR | 010  Review court scheduling orders; discussions regarding same. | 725.00 | 0.7 | 507.50 |
| 11/2/11 | JXR | 010  Discussions with Ms. Safro regarding response to Deidre Brou; discussions as to next steps; review and revise discovery requests. | 725.00 | 1.1 | 797.50 |
| 11/2/11 | MS | 010 - drafted and sent email to AUSA Brou re: motion to vacate and summary judgment motion; drafted Requests for Production of Documents | 320.00 | 1.5 | 480.00 |
| 11/3/11 | MS | 010 - drafted and sent email to AUSA Brou re: motion to vacate and summary judgment motion; drafted Requests for Production of Documents | 320.00 | 2.5 | 800.00 |
| 11/4/11 | JXR | 010  Review and revise interrogatories and document discovery requests to CIDC; discussions with Ms. Safro and Mr. Smith regarding same. | 725.00 | 2.2 | 1,595.00 |
| 11/4/11 | MS | 010 - drafted and sent email to AUSA Brou re: motion to vacate and summary judgment motion; drafted Requests for Production of Documents | 320.00 | 1.5 | 480.00 |
| 11/8/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate | 320.00 | 2.1 | 672.00 |
| 11/9/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate | 320.00 | 2 | 640.00 |
| 11/10/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate | 320.00 | 2.4 | 768.00 |
| 11/13/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate | 320.00 | 2.5 | 800.00 |
| 11/14/11 | JXR | 010  Review and revise opposition brief; discussions and correspondence regarding same. | 725.00 | 3.3 | 2,392.50 |
| 11/14/11 | CD | 010  Review and revise opposition brief. | 675.00 | 4 | 2,700.00 |
| 11/14/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate; prepared hearing argument; attended hearing in Eastern District Court | 320.00 | 5.5 | 1,760.00 |
| 11/16/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate; prepared hearing argument; attended hearing in Eastern District Court | 320.00 | 0.8 | 256.00 |
| 11/17/11 | JXR | 010  Preparation for hearing; review reply submitted by CIDC; discussions regarding same. | 725.00 | 2.2 | 1,595.00 |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

Invoice

| Date | Invoice # |
|------|-----------|
| 12/6/11 | 01422 |

## Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 11/17/11 | MJS | 010 Prepare for Hearing. | 425.00 | 1 | 425.00 |
| 11/17/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate; prepared hearing argument; attended hearing in Eastern District Court | 320.00 | 1 | 320.00 |
| 11/18/11 | MJS | 010 Attend hearing in US District Court. | 425.00 | 0.5 | 212.50 |
| 11/18/11 | JXR | 010  Attend hearing at VA District Court; discussions regarding same. | 725.00 | 1 | 725.00 |
| 11/18/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate; prepared hearing argument; attended hearing in Eastern District Court | 320.00 | 2 | 640.00 |
| 11/7/11 | MS | 010 - drafted Memo in Opposition to Defendant's Motion to Vacate | 320.00 | 1.3 | 416.00 |
| 11/3/11 | | 010  PACER Charges | 13.44 | | 13.44 |

REMIT CHECKS TO: Remenick PLLC, 1025 Thomas
Jefferson Street, N.W., Suite 175, Washington, DC
20007
WIRE TRANSFERS: Eagle Bank, Beneficiary Bank
Swift No. EAGLUS5S. Beneficiary Bank ABA No.
0

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #     1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 3/1/12 | 01645 |

**Bill To**

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|---|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 2/22/12 | MS | 010 - reviewed Defendant's Motion and Memo for Summary Judgment and drafted and sent email to client enclosing pleadings<br><br>REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007<br>WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | 335.00 | 1.5 | 502.50 |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #    202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 5/11/12 | 01830 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 4/26/12 | MS | 010 - Drafted Memorandum         to Summary Judgment and Requesting Attorneys Fees | 335.00 | 2.2 | 737.00 |
| 4/27/12 | MS | 010 - Drafted Memorandum in response to summary judgment | 335.00 | 2.3 | 770.50 |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 | | | |
| | | WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC

# REMENICK PLLC

1025 Thomas Jefferson Street, N.W.
Suite 175
Washington, DC 20007

mmeagher@remenicklaw.com

Phone #   202.570.7380
Fax #      1.888.570.7381

| Date | Invoice # |
|------|-----------|
| 5/17/12 | 01859 |

### Bill To

Michael J. Hopmeier
President & CEO
Unconventional Concepts, Inc.
425 E. Hollywood Blvd., Suite A
Mary Esther, FL 32569

| | Terms |
|------|-------|
| 8120.010 | Due on receipt |

| Date | Item | Description | Rate | Quantity | Amount |
|------|------|-------------|------|----------|--------|
| 5/14/12 | MS | 010 - Drafted response to motion for summary judgment | 335.00 | 1.3 | 435.50 |
| 5/16/12 | MS | 010 - Drafted response to motion for summary judgment | 335.00 | 3 | 1,005.00 |
| | Postage and Deli... | 010 - Fedex Charges | 10.86 | | 10.86 |
| | | FOR WORK PERFORMED THROUGH 5/17/12 | | | |
| | | REMIT CHECKS TO: Remenick PLLC, 1025 Thomas Jefferson Street, N.W., Suite 175, Washington, DC 20007 WIRE TRANSFERS: Eagle Bank, Beneficiary Bank Swift No. EAGLUS5S, Beneficiary Bank ABA No. | | | |

UCI v. USACIC